# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

March 13, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:    *Young v. The Benedict College,*
                       Case No.: 1:23-cv-10037

Dear Judge Subramanian,

      The undersigned represents Leshawn Young, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, The Benedict College ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for March 21, 2024, at 11:15 AM (Dkt. 6) be adjourned for 30 days because I will be undergoing emergency surgery on March 20, 2024 and will still be recovering in the hospital at the time of the conference. Defendant's Counsel consents to this request.

      We thank the Court for its time and attention in this matter.

                                                                            Respectfully submitted,

                                                                  GOTTLIEB & ASSOCIATES PLLC

                                                                  */s/Jeffrey M. Gottlieb, Esq.*
                                                                     Jeffrey M. Gottlieb, Esq.

---

The request is GRANTED and the Court wishes counsel a speedy recovery. The parties should still submit the case-management plan and accompanying letter by tomorrow's deadline.
SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: March 13, 2024