UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN YOUNG,<br><br>       Plaintiff(s),<br><br>  -against-<br><br>THE BENEDICT COLLEGE,<br><br>       Defendant(s). | 23-cv-10037 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On March 14, 2024, this Court granted the parties' request to extend the answer deadline to April 15, 2024. Dkt. 15. Defendant has failed to answer by that deadline. By April 18, 2024, at 5:00 p.m., Defendant shall submit its answer, and the parties shall submit a joint letter explaining the failure.

  SO ORDERED.

Dated: April 17, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge