UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

THE BENEDICT COLLEGE,

        Defendant.

---------------------------------------x

No.: 1:23-cv-10037

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, THE BENEDICT COLLEGE, with prejudice and without fees and costs.

Dated: New York, New York
       June 24, 2024

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge